## STOWELL'S ADMINISTRATOR v. ANN DRAKE.

An action upon a covenant in favor of two joint covenantees, if both be dead, must be in the name of the representative of the last survivor.

Action upon a covenant, made by the defendant with James Shotwell and Jonathan Shotwell. The covenantees being dead, the administrators of both joined in the action for a breach of the covenant. Special demurrer to the declaration.

*Wilson*, in support of the demurrer, cited 1 *Chit. Pl.* (*7th ed.*) 21 ; 2 *Williams on Executors* 1585.

*Hamilton*, contra.

Before the CHIEF JUSTICE and Justices NEVIUS and OGDEN.

In the matter of William Fetter.

BY THE COURT. Where one of two joint covenantees dies, the action on the contract must be brought in the name of the survivor. And if he die also, then in the name of his executor or administrator. Wherever the beneficial interest may lie, the remedy survives.

Judgment for the demurrant.